FILED: October 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1809
(22-106 BLA)

_____

CATENARY COAL COMPANY; ARCH RESOURCES, INC.

       Petitioners

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; JEFFREY A. MCCLURE

       Respondents

_____

O R D E R

_____

       The court grants the motion to suspend briefing pending resolution of the motion for abeyance.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk